IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

CHICAGO TITLE INSURANCE COMPANY   :
                                                                          :
    v.                                                           :      NO.    2:18-CV-01116-CDJ
                                                              :
YURIY MAZIK, et al.                         :
                                                              :

## SUGGESTION OF BANKRUPTCY

TO THE CLERK:

      Kindly be advised that Defendant, Tatyana Mazik, has filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on January 31, 2018, Docket No. 18-10643. A copy of the Notice of Bankruptcy Case filing is attached hereto.

Dated: 5-21-18

                                                                          /s/ Daniel P. Mudrick
                                                                    **DANIEL P. MUDRICK, ESQUIRE**
                                                                    Attorney for Defendants, Vasilenko
                                                                    One West First Avenue, Suite 101
                                                                    Conshohocken, PA 19428
                                                                    (610) 832-0100

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 01/31/2018 at 2:49 PM and filed on 01/31/2018.

**Tatyana Mazik**
1269 Waller Dr.
Huntingdon Valley, PA 19006
SSN / ITIN: xxx-xx-2661



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **DAVID A. SCHOLL**<br>Law Office of David A. Scholl<br>512 Hoffman Street<br>Philadelphia, PA 19148<br>610 550 1765 | **WILLIAM C. MILLER, Esq.**<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>215-627-1377 |

The case was assigned case number 18-10643-elf to Judge Eric L. Frank.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Timothy B McGrath**
Clerk, U.S. Bankruptcy Court